# EXHIBIT A

Community Lawyers Group, Ltd.

Time and Expenses For: Lambert v. Monarch Recovery Management, Inc., 17-cv-01823

| Date | Person | Task/Activity Description | Time | Rate | Total |
|------|--------|--------------------------|------|------|-------|
| 3/2/17 | MW | Client intake, being dunned on First Premier Bank credit account by Monarch Recovery Management. Client claims bill was much lower than claimed. | 1.50 | $372.00 | $558.00 |
| 3/2/17 | MW | Review client credit reports, collection letters. Original creditor reporting debt to credit bureaus, Monarch Recovery is not. | 0.60 | $372.00 | $223.20 |
| 3/2/17 | MW | Research on 1692e(5), 1692e(10) and ICAA 425/9 IRS reporting threat (Tax consequences, 1099C requirements, insolvency). | 0.60 | $372.00 | $223.20 |
| 3/3/17 | MW | Discussion w/client re: possible litigation under FDCPA, risks of proceeding, basis of claims, fees, costs, client responsibilities. Client approves suit. | 0.50 | $372.00 | $186.00 |
| 3/3/17 | MW | Draft engagement letter. | 0.40 | $372.00 | $148.80 |
| 3/7/17 | MW | Draft FDCPA complaint standing, parties, facts, two counts under FDCPA § 1692e, 1692e(5), 1692e(10), and ICAA 225 ILCS 425/9. | 3.30 | $373.00 | $1,230.90 |
| 3/7/17 | MW | Obtain Monarch Recovery corporate registration from IIllinois Sec. of State. | 0.20 | $372.00 | $74.40 |
| 3/7/17 | MW | Obtain Monarch Recovery credentials from Illinois Dept of Financial and Prof. Regulation. | 0.20 | $372.00 | $74.40 |
| 3/8/17 | CC | Revise and finalize complaint and exhibits, compare to atty notes, updates to timeline. File in ECF. | 0.50 | $335.00 | $167.50 |
| 3/8/17 | CC | Prepare and file coversheet with Northern District. | 0.20 | $335.00 | $67.00 |
| 3/8/17 | CC | Prepare and file appearance for Celetha Chatman. | 0.20 | $335.00 | $67.00 |
| 3/8/17 | MW | Prepare and file appearance for Michael Wood. | 0.20 | $335.00 | $67.00 |
| 3/8/17 | MW | Case assigned to Judge Blakey, read/review standing order, prepare courtesy copy, send for delivery. | 0.40 | $372.00 | $148.80 |

| 3/8/17 | MW | Prepare summons and submit to clerk of court for seal. | 0.20 | $372.00 | $74.40 |
| 3/8/17 | MW | Receive sealed summons, prepare complaint and exhibits, send to Elite Process Serving, Inc. | 0.10 | $372.00 | $37.20 |
| 3/13/17 | CC | Review affidavit of service, file, calendar answer due 3/30. | 0.20 | $335.00 | $67.00 |
| 3/13/17 | CC | Review minute order setting initial status hearing for 5/16/17, initial status report by 5/8/17. | 0.40 | $335.00 | $134.00 |
| 3/28/17 | CC | Review & Respond to Opposing Counsel Email requesting Extension of Time To Answer. | 0.20 | $335.00 | $67.00 |
| 3/29/17 | CC | Note attorney appearance for Monarch Recovery by Brandon Stein. | 0.10 | $335.00 | $33.50 |
| 3/29/17 | CC | Review Defendant's notice and motion for extension of time . | 0.30 | $335.00 | $100.50 |
| 3/29/17 | CC | Review Defendant's Notification of Affiliates filing. | 0.20 | $335.00 | $67.00 |
| 3/29/17 | CC | Note attorney appearance for Monarch Recovery by Carlos Ortiz. | 0.10 | $335.00 | $33.50 |
| 3/29/17 | CC | Note attorney appearance for Monarch Recovery by Renee Ohlendorf. | 0.10 | $335.00 | $33.50 |
| 3/30/17 | CC | Review minute order granting Defendant's motion for extension of time, new due date of 4/30. | 0.20 | $335.00 | $67.00 |
| 4/28/17 | CC | Note attorney appearance for Monarch Recovery by David Schultz. | 0.10 | $335.00 | $33.50 |
| 4/28/17 | CC | Receive and review Defendant's Answer, prepare objections, note for possible motion to strike. | 1.20 | $335.00 | $402.00 |
| 5/8/17 | CC | Draft and file Initial Status Report. | 1.00 | $335.00 | $335.00 |
| 5/15/17 | CC | Prepare for initial status, review complaint, answer, status report. | 0.50 | $335.00 | $167.50 |
| 5/16/17 | CC | Attend initial status hearing. | 1.00 | $335.00 | $335.00 |
| 5/18/17 | MW | Receive & Review Defendant's Rule 68 Offer of Judgment. | 0.50 | $372.00 | $186.00 |
| 5/18/17 | MW | tc w/Client re:  Defendant's Rule 68 offer of Judgment, benefits of accepting, risks of not accepting. | 0.30 | $372.00 | $111.60 |
| 5/22/17 | CC | Review minute order referring matter to Magistrate Judge Cox, status hearing set for 6/5 for scheduling settlement conference. Review standing order. | 0.50 | $335.00 | $167.50 |
| 5/26/17 | CC | Draft and file Notice of Acceptance of Offer of Judgment. | 0.30 | $335.00 | $100.50 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/26/17 | CC | Review minute order directing clerk to enter judgment in favor of Plaintiff for $1,001. | 0.20 | $335.00 | $67.00 |
| 5/30/17 | CC | Review entry of judgment. | 0.10 | $335.00 | $33.50 |
| 5/31/17 | CC | Review minute entry striking 6/5 status hearing, update calendar. | 0.20 | $335.00 | $67.00 |
| 6/23/17 | CC | Compile time records and expenses. | 0.50 | $335.00 | $167.50 |
| 7/25/17 | CC | Review and note Defendant's objections to time records, note for response, compare to existing entries, make updates in preparation for new demand. | 0.90 | $335.00 | $301.50 |
| 7/27/17 | CC | Review & Repond to Defendant's Settlement Offer. | 0.20 | $335.00 | $67.00 |
| 8/1/17 | CC | Review & Repond to Defendant's counter-offer. | 0.20 | $335.00 | $67.00 |
| 8/7/17 | CC | Review Defendant's lat counter offer. | 0.20 | $335.00 | $67.00 |
| 8/7/17 | CC | Draft & File Plaintiff's Motion For Instructions. | 1.20 | $335.00 | $402.00 |
| 8/11/17 | CC | Review and note Defendant's Response To Plaintiff's Motion For Instructions. | 0.40 | $335.00 | $134.00 |
| 8/14/17 | CC | Prepare for hearing on Mot. for instruction. | 0.40 | $335.00 | $134.00 |
| 8/15/17 | CC | Attend Hearing on Plaintiff's Motion For Instructions. | 1.00 | $335.00 | $335.00 |
| 8/23/17 | CC | Draft Plaintiff's Motion For Attorney Fees & Cost. | 2.80 | $335.00 | $938.00 |
| 8/29/17 | CC | Review, finalize Motion for Fees and Costs, file in ecf. | 0.30 | $335.00 | $100.50 |

| | Hours | Rate | Amount |
|---|---|---|---|
| Attorney Michael J. Wood | 9.00 | $372.00 | $3,348.00 |
| Attorney Celetha C. Chatman | 15.40 | $335.00 | $5,159.00 |
| Total Fees | 24.40 | | $8,507.00 |

| Date | Description | Amount |
|---|---|---|
| 3/2/17 | Westlaw charges | $46.00 |
| 3/8/17 | Filing Fee | $400.00 |
| 3/9/17 | Service of summons and complaint | $50.00 |
| | Total Costs | $496.00 |

**Total Fees & Costs**          **$9,003.00**

# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KEVIN LAMBERT, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | Civil Action No. 17-cv-01823 |
| v. | ) | |
| | ) | Honorable Robert Blakey |
| MONARCH RECOVERY | ) | |
| MANAGEMENT, INC., | ) | Magistrate Judge Susan E. Cox |
| | ) | |
| DEFENDANT. | ) | |

## DECLARATION OF MICHAEL JACOB WOOD

I, Michael J. Wood, Esq., being first duly sworn on oath, deposes and states as follows:

1.      That I am the attorney for the Plaintiff above named.

2.      I have read the Complaint filed in this action and know the contents thereof, and that the same is true of my knowledge.

3.      That I am admitted to practice within the State Courts of Illinois as of May 1, 2014.

4.      That I am a member of the Trial Bar of the United States District Court for the Northern District of Illinois.

5.      That I am a member of the Trial Bar of the United States District Court for the Western District of Texas.

6.      That I have substantial experience in FDCPA litigation and collection defense litigation, which are the focus of my practice.

7.      That I am a member of the National Association of Consumer Advocates as of November, 2011.

8.     That I am or have been counsel to over 500 FDCPA cases in the Northern District, including several class actions.

9.     That I am or have been counsel to more than 250 debt defense cases in the Circuit Court of Cook County.

10.     That my current hourly rate is $372.00 for work that I do in federal court and state court, which is justified by my experience, the nature and complexity of the cases, and the relative risk involved in consumer cases.

11.     That my current clients pay my posted rate of $372.00 per hour for both state and federal work. (Dec. Exhibit 1 and Exhibit 2, client paid invoices).

12.     That I publish and lecture on the Fair Debt Collection Practices Act. (e.g. Dec. Exhibit 3, Michael J. Wood, Abstention Doctrine and the Fair Debt Collection Practices Act, 89 Chi.-Kent. L. Rev. 1191 (2014)).

13.     That I sit on the Ethics Committee for the National Association of Consumer Advocates.

14.     That my rate is justified by my substantial experience in litigating hundreds of FDCPA cases, including class actions, and by my leadership position in the Consumer Law community, including my position on the ethics board of the National Association of Consumer Advocates.

15.     That the following is a sample of my FDCPA class-action cases:

*Wingate v. Resurgence Capital, LLC*, 14-cv-7753 (N.D.IL) (settlement class certified)

*Szczesniak v. National Account Services*, 14-cv-10346 (N.D.IL) (settlement class certified)

*Acosta v. Chase Receivables*, 14-cv-8198 (N.D.IL)

*Davis v. Asset Acceptance*, 14-cv-8741 (N.D.IL)

*Aguirre v. Absolute Resolutions Corp.*, 15-cv-11111 (N.D.IL)

*Rhone v. Medical Business Bureau, LLC*, 16-cv-05215 (N.D.IL)

*Flecha v. Medicredit, Inc.*, 16-cv-00792-LY (W.D.TX)

*Ocampo v. United Collection Bureau, Inc.*, 16-cv-09401 (N.D.IL)

*Ocampo v. GC Services Int'l, LLC*, 16-cv-09388 (N.D.IL)

*Gillie v. Midland Funding, LLC*, 17-cv-00883 (N.D.IL)

*Maldonado v. Pioneer Credit Recovery, Inc.*, 17-cv-00969 (N.D.IL)

*Delgado v. I.C. System, Inc.*, 17-cv-01366 (N.D. IL)

16.     That I have certified two classes for settlement purposes, in the following cases:

*Wingate v. Resurgence Capital, LLC*, 14-cv-7753 (N.D.IL)

*Szczesniak v. National Account Services*, 14-cv-10346 (N.D.IL)

17.     That attached time and work records are true and correct copies of my time and billing records in this matter.

Pursuant to 28 U.S.C. § 1746(2), I, <u>Michael Jacob Wood</u>, hereby declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 23, 2017                          <u>s/Michael Jacob Wood</u>
                                                                 Michael Jacob Wood

Michael J. Wood
**Community Lawyers Group, Ltd.**
73 W. Monroe, Suite 514
Chicago, IL 60603
Ph: 312.757.1880
Fx: 312.265.3227
mwood@communitylawyersgroup.com

# EXHIBIT 1

Community Legal Group, Ltd.
73 W. Monroe Street, Suite 514
Chicago, IL 60603
Ph: (312)757-1880 | Fx: (312)265-3227

# INVOICE

Date: 1/31/17
Matter: 2016-CH-12493, *Nationstar Mortgage v. Christine Badal, et al*

Bill To:
Alina Glon
Christine Badal
█████████████████

Due Date: Upon Receipt

Description: Foreclosure defense

**Professional Services**

| Date | Atty | Details | Hours | Rate | Total |
|------|------|---------|-------|------|-------|
| 1/4/17 | MW | Read, review and note  motion for default judgment | 0.8 | $372.00 | $297.60 |
| 1/6/17 | MW | TC w/client regarding options for moving forward. Client approves appearance and filing fee. | 0.3 | $372.00 | $111.60 |

**Additional Services**

| Date | Details | Quantity | Total |
|------|---------|----------|-------|
| 1/25/17 | Appearance in 2016-CH-12493 | 1 | $237.00 |

| | | |
|---|---|---|
| **Total** | | **$646.20** |
| | Paid | $646.20 |
| | **Due and owing:** | **$0.00** |

Community Legal Group, Ltd.
73 W. Monroe Street, Suite 514
Chicago, IL 60603
Ph: (312)757-1880 | Fx: (312)265-3227

# INVOICE

Date: 2/28/17
Matter: 2016-CH-12493, *Nationstar Mortgage v. Christine Badal, et al*

Bill To:
Alina Glon
Christine Badal

Due Date: Upon Receipt

Description: Foreclosure defense

**Professional Services**

| Date | Atty | Details | Hours | Rate | Total |
|------|------|---------|-------|------|-------|
| 2/13/17 | MW | Read, review and note Complaint, prepare notes for Answer. | 1.00 | $372.00 | $372.00 |
| 2/14/17 | AF | Conduct pin search with Cook County Recorder of Deeds for property descirption. | 0.30 | $450.00 | $135.00 |
| 2/14/17 | MW | Draft Answer to Complaint. | 1.50 | $372.00 | $558.00 |

**Additional Services**

| Date | Details | Quantity | Total |
|------|---------|----------|-------|

|  |  |  | $1,065.00 |
| **Total** |  |  | **$1,065.00** |
| Paid |  |  | $1,065.00 |
| **Due and owing:** |  |  | **$0.00** |

Community Legal Group, Ltd.
73 W. Monroe Street, Suite 514
Chicago, IL 60603
Ph: (312)757-1880 | Fx: (312)265-3227

# INVOICE

Date: 3/31/17
Matter: 2016-CH-12493, *Nationstar Mortgage v. Christine Badal, et al*

Bill To:
Alina Glon
Christine Badal

Due Date: Upon Receipt

Description: Foreclosure defense

**Professional Services**

| Date | Atty | Details | Hours | Rate | Total |
|------|------|---------|-------|------|-------|
| 3/8/17 | MW | Read, review and note renewed motion for default. | 0.30 | $372.00 | $111.60 |
| 3/28/17 | AF | Review and edit Answer, file | 0.50 | $450.00 | $225.00 |
| 3/28/17 | AF | Prepare and file Notice of Filing | 0.30 | $450.00 | $135.00 |
| 3/29/17 | AF | Case management hearing | 1.00 | $450.00 | $450.00 |
| 3/29/17 | MW | TC w/client regarding court, next steps in case. | 0.30 | $372.00 | $111.60 |

**Additional Services**

| Date | Details | Quantity | Total |
|------|---------|----------|-------|
| | | | |

| | | |
|---|---|---|
| | | $1,033.20 |
| **Total** | | **$1,033.20** |
| Paid | | $888.80 |
| **Due and owing:** | | **$144.40** |

## Recurring Payment Receipt                          $200.00

**Community Lawyers Group**                          **Cardholder**
**LTD**                                               Alina Glon
73 W Monroe Street
Suite 514
Chicago, Illinois 60603                               Chicago, Illinois 60631
(312) 757-1880

## Payment Summary

**Account:**       Operating       **Amount Paid:**      $200.00
                                   **Payment Method:**   VISA
                                   **Card Number:**      ************3557
                                   **Auth Code:**        030007
                                   **Payment Date:**     April 03, 2017 06:00 am
                                   **Transaction Id:**   6301403



PROCESSING BY
LawPay.com

www.communitylawyersgroup.com
mwood@communitylawyersgroup.com

Transaction Receipt

## Recurring Payment Receipt      **$200.00**

**Community Lawyers Group LTD**
73 W Monroe Street
Suite 514
Chicago, Illinois 60603
(312) 757-1880

**Cardholder**
Alina Glon

### Payment Summary

| | | | |
|---|---|---|---|
| **Account:** | Operating | **Amount Paid:** | $200.00 |
| | | **Payment Method:** | VISA |
| | | **Card Number:** | ************3557 |
| | | **Auth Code:** | 030007 |
| | | **Payment Date:** | March 20, 2017 06:00 am |
| | | **Transaction Id:** | 6125655 |



PROCESSING BY
LAWPAY.COM

www.communitylawyersgroup.com
mwood@communitylawyersgroup.com

## Recurring Payment Receipt      **$200.00**

**Community Lawyers Group LTD**
73 W Monroe Street
Suite 514
Chicago, Illinois 60603
(312) 757-1880

**Cardholder**
Alina Glon



## Payment Summary

**Account:**      Operating

| | |
|---|---|
| **Amount Paid:** | $200.00 |
| **Payment Method:** | VISA |
| **Card Number:** | ************3557 |
| **Auth Code:** | 080007 |
| **Payment Date:** | March 06, 2017 06:00 am |
| **Transaction Id:** | 5945839 |



PROCESSING BY
LAWPAY.COM

www.communitylawyersgroup.com
mwood@communitylawyersgroup.com

## Recurring Payment Receipt                                    **$200.00**

**Community Lawyers Group
LTD**
73 W Monroe Street
Suite 514
Chicago, Illinois 60603
(312) 757-1880

**Cardholder**
Alina Glon



### Payment Summary

**Account:**        Operating

| | |
|---|---|
| **Amount Paid:** | $200.00 |
| **Payment Method:** | VISA |
| **Card Number:** | ************3557 |
| **Auth Code:** | 010007 |
| **Payment Date:** | February 20, 2017 06:00 am |
| **Transaction Id:** | 5755349 |



PROCESSING BY
LAWPAY.COM

www.communitylawyersgroup.com
mwood@communitylawyersgroup.com

## Recurring Payment Receipt                    $200.00

**Community Lawyers Group
LTD**
73 W Monroe Street
Suite 514
Chicago, Illinois 60603
(312) 757-1880

**Cardholder**
Alina Glon



## Payment Summary

**Account:**    Operating

| | |
|---|---|
| **Amount Paid:** | $200.00 |
| **Payment Method:** | VISA |
| **Card Number:** | ************3557 |
| **Auth Code:** | 060007 |
| **Payment Date:** | February 06, 2017 06:00 am |
| **Transaction Id:** | 5583182 |



PROCESSING BY
LAWPAY.COM

www.communitylawyersgroup.com
mwood@communitylawyersgroup.com

## Recurring Payment Receipt        $200.00

**Community Lawyers Group LTD**
73 W Monroe Street
Suite 514
Chicago, Illinois 60603
(312) 757-1880

**Cardholder**
Alina Glon



## Payment Summary

| | | |
|---|---|---|
| **Account:** | Operating | |

| | |
|---|---|
| **Amount Paid:** | $200.00 |
| **Payment Method:** | VISA |
| **Card Number:** | ************3557 |
| **Auth Code:** | 030007 |
| **Payment Date:** | January 23, 2017 06:00 am |
| **Transaction Id:** | 5417227 |



PROCESSING BY
**LAWPAY.COM**

www.communitylawyersgroup.com
mwood@communitylawyersgroup.com

## Recurring Payment Receipt          $200.00

**Community Lawyers Group LTD**
73 W Monroe Street
Suite 514
Chicago, Illinois 60603
(312) 757-1880

**Cardholder**
Alina Glon



## Payment Summary

**Account:**     Operating

**Amount Paid:**    $200.00
**Payment Method:**   VISA
**Card Number:**   ************3557
**Auth Code:**   040007
**Payment Date:**   January 09, 2017 06:00 am
**Transaction Id:**   5260238



PROCESSING BY
LAWPAY.COM

www.communitylawyersgroup.com
mwood@communitylawyersgroup.com

## Recurring Payment Receipt          $200.00

**Community Lawyers Group LTD**
73 W Monroe Street
Suite 514
Chicago, Illinois 60603
(312) 757-1880

**Cardholder**
Alina Glon



## Payment Summary

| | | | |
|---|---|---|---|
| **Account:** | Operating | **Amount Paid:** | $200.00 |
| | | **Payment Method:** | VISA |
| | | **Card Number:** | ************3557 |
| | | **Auth Code:** | 020007 |
| | | **Payment Date:** | December 26, 2016 06:00 am |
| | | **Transaction Id:** | 5128877 |



PROCESSING BY
LAWPAY.COM

<u>www.communitylawyersgroup.com</u>
<u>mwood@communitylawyersgroup.com</u>

Transaction Receipt

## Recurring Payment Receipt     $200.00

**Community Lawyers Group LTD**
73 W Monroe Street
Suite 514
Chicago, Illinois 60603
(312) 757-1880

**Cardholder**
Alina Glon



## Payment Summary

| | | | |
|---|---|---|---|
| **Account:** | Operating | **Amount Paid:** | $200.00 |
| | | **Payment Method:** | VISA |
| | | **Card Number:** | *************3557 |
| | | **Auth Code:** | 070007 |
| | | **Payment Date:** | December 12, 2016 06:00 am |
| | | **Transaction Id:** | 5002118 |



PROCESSING BY
LAWPAY.COM

www.communitylawyersgroup.com
mwood@communitylawyersgroup.com

## Recurring Payment Receipt        $200.00

**Community Lawyers Group
LTD**
73 W Monroe Street
Suite 514
Chicago, Illinois 60603
(312) 757-1880

**Cardholder**
Alina Glon



## Payment Summary

| | | | |
|---|---|---|---|
| **Account:** | Operating | **Amount Paid:** | $200.00 |
| | | **Payment Method:** | VISA |
| | | **Card Number:** | ************3557 |
| | | **Auth Code:** | 090007 |
| | | **Payment Date:** | November 28, 2016 06:00 am |
| | | **Transaction Id:** | 4850562 |

 PROCESSING BY
LAWPAY.COM

www.communitylawyersgroup.com
mwood@communitylawyersgroup.com

## Recurring Payment Receipt      $200.00

**Community Lawyers Group LTD**
73 W Monroe Street
Suite 514
Chicago, Illinois 60603
(312) 757-1880

**Cardholder**
Alina Glon



## Payment Summary

**Account:**    Operating

| | |
|---|---|
| **Amount Paid:** | $200.00 |
| **Payment Method:** | VISA |
| **Card Number:** | ************3557 |
| **Auth Code:** | 090007 |
| **Payment Date:** | November 28, 2016 06:00 am |
| **Transaction Id:** | 4850562 |



PROCESSING BY
LAWPAY.COM

www.communitylawyersgroup.com
mwood@communitylawyersgroup.com

## Recurring Payment Receipt                              $200.00

**Community Lawyers Group LTD**
73 W Monroe Street
Suite 514
Chicago, Illinois 60603
(312) 757-1880

**Cardholder**
Alina Glon



## Payment Summary

| | | | |
|---|---|---|---|
| **Account:** | Operating | **Amount Paid:** | $200.00 |
| | | **Payment Method:** | VISA |
| | | **Card Number:** | ************3557 |
| | | **Auth Code:** | 000007 |
| | | **Payment Date:** | November 14, 2016 06:00 am |
| | | **Transaction Id:** | 4727706 |



PROCESSING BY
LAWPAY.COM

www.communitylawyersgroup.com
mwood@communitylawyersgroup.com

## Recurring Payment Receipt      **$200.00**

**Community Lawyers Group LTD**
73 W Monroe Street
Suite 514
Chicago, Illinois 60603
(312) 757-1880

**Cardholder**
Alina Glon



### Payment Summary

**Account:**     Operating

| | |
|---|---|
| **Amount Paid:** | $200.00 |
| **Payment Method:** | VISA |
| **Card Number:** | ************3557 |
| **Auth Code:** | 025212 |
| **Payment Date:** | October 31, 2016 11:52 am |
| **Transaction Id:** | 4589869 |



PROCESSING BY
LAWPAY.COM

www.communitylawyersgroup.com
mwood@communitylawyersgroup.com

# EXHIBIT 2

# Community Lawyers Group

73 W. Monroe Street, Suite 502
Chicago, Illinois 60603
Ph: (312) 757-1880 | Fx: (312) 265-3227

## Invoice

July 1, 2016

Charlene Washington

███████████████

### FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD FEBRUARY 23, 2016 - JUNE 10, 2016

| DATE | ID | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 02/23/2016 | MW | Client intake, being sued by Midland funding, LLC, Case No. 15-m1-111021. Review case file, credit report, recommend Ch. 7 bankruptcy. | .5 | $352 | $ 176.00 |
| 02/25/2016 | CC | Prepare voluntary petition, certificate of credit counseling, installment plan. | .4 | $315 | $ 126.00 |
| 01/20/2004 | CC | Finalize and file emergency Ch. 7 bankruptcy. | .2 | $315 | $ 63.00 |
| 03/21/2016 | CC | Prepared Ch. 7 forms, Scheds A-I, Form 107, 122a. | .7 | $315 | $ 220.50 |
| 02/23/2016 | CC | Finalize and file Scheds A-I, Form 107, 122a. | .4 | $315 | $ 126.00 |
| 04/06/2016 | CC | Meet w/client, prepare for 341 meeting. | .3 | $315 | $ 94.50 |
| 04/06/2016 | CC | Attend 341 meeting. | .8 | $315 | $ 252.00 |
| 04/12/2016 | CC | File form 423. | 0 | $315 | $ 0.00 |
| 06/10/2016 | MW | Review discharge, forward to client. | .3 | $352 | $ 105.60 |

|  |  |
|---|---|
| TOTAL FEES | $1,163.60 |

### COSTS EXPENDED ON YOUR BEHALF

| 02/29/2016 | Chapter 7 Voluntary Petition Fee (Installment) | $100.00 |
|---|---|---|
| 04/05/2016 | Chapter 7 Voluntary Petition Fee (2nd Installment) | $235.00 |
|  | TOTAL COSTS | $ 335.00 |

**TOTAL AMOUNT DUE**                                  **$1,498.60**

(Paid 2/25 – 6/10)

## Payment Receipt                                    **$100.00**

**Community Lawyers Group LTD**
73 W Monroe Street
Suite 514
Chicago, Illinois 60603
(312) 757-1880

**Cardholder**
Charlene Washington



## Payment Summary

| | | | |
|---|---|---|---|
| **Account:** | Operating | **Amount Paid:** | $100.00 |
| **Reference:** | Washington, C. Initial BK Payment | **Payment Method:** | VISA |
| | | **Card Number:** | ************0975 |
| | | **Auth Code:** | 024416 |
| | | **Payment Date:** | February 25, 2016 03:44 pm |
| | | **Transaction Id:** | 2415515 |

Signature

By signing above, I confirm that I am an authorized user of the card being used for this transaction and understand and agree to the terms and conditions of this payment. I also agree to pay, and specifically authorize to charge my credit card for the services provided. I further agree that in the event my credit card becomes invalid, I will provide a new valid credit card upon request, to be charged for the payment of any outstanding balances owed.


PROCESSING BY
LawPay.com

www.communitylawyersgroup.com
mwood@communitylawyersgroup.com

## Payment Receipt      $235.00

**Community Lawyers Group LTD**                                 **Cardholder**

73 W Monroe Street                                    Charlene Washington

Suite 514

Chicago, Illinois 60603

(312) 757-1880

## Payment Summary

| | | | |
|---|---|---|---|
| **Account:** | Operating | **Amount Paid:** | $235.00 |
| **Reference:** | Washington, C. Initial BK Payment | **Payment Method:** | VISA |
| | | **Card Number:** | ************7866 |
| | | **Auth Code:** | 011811 |
| | | **Payment Date:** | April 01, 2016 10:18 am |
| | | **Transaction Id:** | 2692162 |

Signature
_____

By signing above, I confirm that I am an authorized user of the card being used for this transaction and understand and agree to the terms and conditions of this payment. I also agree to pay, and specifically authorize to charge my credit card for the services provided. I further agree that in the event my credit card becomes invalid, I will provide a new valid credit card upon request, to be charged for the payment of any outstanding balances owed.



PROCESSING BY
LawPay.com

www.communitylawyersgroup.com
mwood@communitylawyersgroup.com

## Payment Receipt                                     $900.00

**Community Lawyers Group**                              **Cardholder**
**LTD**                                          Charlene Washington
73 W Monroe Street
Suite 514                                         
Chicago, Illinois 60603
(312) 757-1880

## Payment Summary

| | | | |
|---|---|---|---|
| **Account:** | Operating | **Amount Paid:** | $900.00 |
| **Reference:** | Washington, C. BK Payment | **Payment Method:** | VISA |
| | | **Card Number:** | ************7866 |
| | | **Auth Code:** | 093912 |
| | | **Payment Date:** | April 06, 2016 11:39 am |
| | | **Transaction Id:** | 2730192 |

Signature

By signing above, I confirm that I am an authorized user of the card being used for this transaction and understand and agree to the terms and conditions of this payment. I also agree to pay, and specifically authorize to charge my credit card for the services provided. I further agree that in the event my credit card becomes invalid, I will provide a new valid credit card upon request, to be charged for the payment of any outstanding balances owed.


PROCESSING BY
LawPay.com

www.communitylawyersgroup.com
mwood@communitylawyersgroup.com

## Payment Receipt        $182.50

**Community Lawyers Group LTD**             **Cardholder**

Charlene Washington

73 W Monroe Street

Suite 514

Chicago, Illinois 60603

(312) 757-1880



## Payment Summary

| | | | |
|---|---|---|---|
| **Account:** | Operating | **Amount Paid:** | $182.50 |
| **Reference:** | Washington, C. BK Payment | **Payment Method:** | VISA |
| | | **Card Number:** | ************4058 |
| | | **Auth Code:** | 055312 |
| | | **Payment Date:** | May 16, 2016 11:53 am |
| | | **Transaction Id:** | 3047917 |

Signature

By signing above, I confirm that I am an authorized user of the card being used for this transaction and understand and agree to the terms and conditions of this payment. I also agree to pay, and specifically authorize to charge my credit card for the services provided. I further agree that in the event my credit card becomes invalid, I will provide a new valid credit card upon request, to be charged for the payment of any outstanding balances owed.



PROCESSING BY
LawPay.com

www.communitylawyersgroup.com
mwood@communitylawyersgroup.com

## Payment Receipt　　　　　　　　　　　　　$182.50

**Community Lawyers Group LTD**　　　　　　　　　　　**Cardholder**
73 W Monroe Street　　　　　　　　　　　　Charlene Washington
Suite 514
Chicago, Illinois 60603
(312) 757-1880



---

## Payment Summary

| | | | |
|---|---|---|---|
| **Account:** | Operating | **Amount Paid:** | $182.50 |
| **Reference:** | Washington, C. Final BK Payment | **Payment Method:** | VISA |
| | | **Card Number:** | ************4058 |
| | | **Auth Code:** | 041916 |
| | | **Payment Date:** | June 10, 2016 03:19 pm |
| | | **Transaction Id:** | 3260277 |

---

Signature

By signing above, I confirm that I am an authorized user of the card being used for this transaction and understand and agree to the terms and conditions of this payment. I also agree to pay, and specifically authorize to charge my credit card for the services provided. I further agree that in the event my credit card becomes invalid, I will provide a new valid credit card upon request, to be charged for the payment of any outstanding balances owed.


PROCESSING BY
LawPay.com

www.communitylawyersgroup.com
mwood@communitylawyersgroup.com

# EXHIBIT 3

## Chicago-Kent Law Review

Volume 89
Issue 3 *The Making of a Legal Historian: Reassessing
the Work of William E. Nelson*

Article 13

January 2014

# Abstention Doctrine and the Fair Debt Collection Practices Act

Michael J. Wood

Follow this and additional works at: http://scholarship.kentlaw.iit.edu/cklawreview

 Part of the Law Commons

Recommended Citation

M chael J. Wood  *Abstention Doctrine and the Fair Debt Collection Practices Act*  89 Ch . Kent. L. Rev. 1191 (2014).
Ava lable at: http://scholarsh p.kentlaw.  t.edu/cklawrev ew/vol89/ ss3/13

Th s A  c e s b oug   o you o  ee a d ope  access by Sc o a y Co    o s @ IIT C  cago-Ke   Co ege o  Law. I   as bee  accep ed o   c us o
   C  cago-Ke   Law Rev ew by a  au  o zed ad    s a o o Sc o a y Co    o s @ IIT C  cago-Ke   Co ege o  Law. Fo   o e   o  a o ,
p ease co  ac   jw  pp e@ke   aw.  .edu.

# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KEVIN LAMBERT, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | Case No.: 15-cv-04499 |
| v. | ) | |
| | ) | Hon. John Robert Blakey |
| MONARCH RECOVERY | ) | |
| MANAGEMENT, INC., | ) | Magistrate Judge Susan E. Cox |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

**DECLARATION OF CELETHA C. CHATMAN**

I, Celetha C. Chatman, Esq., being first duly sworn on oath, deposes and states as follows:

1.      That I am the attorney for the Plaintiff above named.

2.      I have read the Complaint filed in this action and know the contents thereof, and that the same is true of my knowledge.

3.      That I am admitted to practice within the State Courts of Illinois as of November 5, 2015.

4.      That I am a member of the Bar of the United States District Court for the Northern District of Illinois.

5.      That I am a member of the Bar of the United States District Court for the Western District of Texas.

6.      That I am member of the Bar of the Bankruptcy Court for the Northern District of Illinois.

7.      That I have significant experience in FDCPA litigation, which is the focus of my practice

-1-

8.     That I am or have been counsel to more than 350 FDCPA cases in the Northern District, including 12 class actions.

9.     That my prior rate of $295 per hour has been granted over Defendant's objections by the Honorable Rebecca R. Pallmeyer in *Jennifer Holloway v. Portfolio Recovery Associates LLC.*, 15-cv-11568 (NDIL). (Dec. Ex. 1).

10.     That my prior rate of $315 per hour has been approved in *Chatman v. Stellar Recovery, Inc..,* 16-cv-00833 (NDIL). (Dec. Ex. 2).

11.     That in 2017 my currently hourly rate is $335, a 6.7% increase from 2015 rates.

12.     That my current hourly rate of $335.00 for work that I do in federal court, is justified by my experience, the nature and complexity of the cases, and the relative risk involved in consumer cases.

13.     That the 6.7% increase is justified by my substantial experience in litigating FDCPA cases in multiple district courts, including class action litigation, and by my experience in bankruptcy court.

14.     That the following is sample of current FDCPA class actions that I am litigating:

  *Aguirre v. Northland Group, Inc*., 16-cv-05003, (N.D.IL)

  *Williams v. NCB Management Services, Inc*., 16-cv-09322 (N.D.IL)

  *Serrano v. National Recoveries, Inc*. 16-cv-07655 (N.D. IL)

  *Garcia v. Firstsource Advantage, LLC*. 16-cv-08055 (N.D. IL)

  *Sanchez v. John Lee Jackson et al*, 16-cv-06144 (N.D. IL)

  *Rhone v. Medical Business Bureau, LLC*, 16-cv-05215 (N.D. IL)

  *Ocampo v. GC Services, Int'l, LLC*, 16-cv-09388 (N.D. IL)

  *Ocampo v. United Collection Bureau, Inc.*, 16-cv-09401 (N.D. IL)

*Flecha v. MediCredit, Inc. et al*. 16-cv-00729 (W.D. TEX)

*Gillie v. Midland Funding, LLC*, 17-cv-00883 (N.D. IL)

*Delgado v. I.C. System, Inc.*, 17-cv-01366 (N.D. IL)

*Maldonado v. Pioneer Credit Recovery, Inc.*, 17-cv-00969 (N.D. IL)

15.     That attached time and work records are true and correct copies of my time and billing records in this matter.

Pursuant to 28 U.S.C. § 1746(2), I, <u>Celetha C. Chatman</u>, hereby declare under penalty of perjury that the foregoing is true and correct.


Dated:  August 23, 2017                         <u>*s/Celetha C. Chatman*</u>
                                                                      Celetha C. Chatman


Celetha C. Chatman
**Community Lawyers Group, Ltd.**
73 W. Monroe, Suite 514
Chicago, IL 60603
Ph: 312.757.1880
fax: 312.265.3227
cchatman@communitylawyersgroup.com

# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| JENNIFER HOLLOWAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 15 C 11568 |
| | ) | |
| PORTFOLIO RECOVERY | ) | Judge Rebecca R. Pallmeyer |
| ASSOCIATES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff's motion for attorneys' fees and costs [22] is granted in part and denied in part. Fees are awarded in the amount of $7,248.90. Costs are awarded in the amount of $450.00.

## STATEMENT

Plaintiff Jennifer Holloway sued Portfolio Recovery Associates, LLC ("PRA") for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* Specifically, Defendant allegedly failed to advise a credit reporting agency that Plaintiff disputed a consumer debt owned by PRA. One month after the lawsuit was filed, Defendant made an offer of judgment in the amount of $1,201.00 plus reasonable attorneys' fees and costs to be determined by the court. Plaintiff accepted the offer. She now seeks attorneys' fees in the amount of $7,403.90 (including time devoted to briefing this petition) and costs in the amount of $450.00.

Plaintiff's petition for fees is supported by itemized billing records, as well as evidence supporting the hourly rates claimed—$352 for Attorney Michael Wood and $295 for Attorney Celetha Chatman. With respect to Mr. Wood, the rate requested is slightly in excess of the rate he has charged and recovered from fee-paying clients and has been awarded in earlier fee-shifting cases. Ms. Chatman's claimed rate is justified by her experience, particularly in FDCPA actions, and is lower than the rate charged by many other consumer law attorneys in this geographic area.

Defendant objects that the fees sought are unreasonable. Defendant contends counsel's hourly rates are inflated and that the hours of work are excessive, particularly in light of the fact that counsel has filed at least 12 identical complaints in other cases. Defendant is correct in one small respect: Plaintiff's reply memorandum emphasizes that courts have awarded $327 per hour for Mr. Wood's time, and that $327 is the hourly rate he charged in 2015, when the bulk of the work in this case was performed. The court will reduce the amount awarded for Mr. Wood's time to $327 per hour. Ms. Chatman has been awarded $295 per hour in other consumer cases, and $300 per hour in bankruptcy cases. The $295 per hour rate she claims here is reasonable.

Nor does the court share Defendant's suspicion that the number of hours counsel devoted to this litigation is excessive. As Plaintiff points out, the time records reflect

communication with opposing counsel, communications between counsel on several dates, and timely and appropriate communication with the client.  The fact that the complaint is similar or identical to the one filed in other cases does not eliminate the need for review and investigation of the client's claims, and the time devoted to that effort in this case is not inordinate.

The court set a ruling date on this petition for May 23, 2016.  Defendant did not appear at that time.  The motion [22] is granted, and the court awards fees in the amount of $7,248.90 ($7,403.90 minus $155.00, to reduce the hourly rate for 6.2 hours of Mr. Wood's time from $352 to $327). Costs are awarded in the amount of $450.00.

ENTER:

Dated:  June 7, 2016

_____

REBECCA R. PALLMEYER
United States District Judge

2

# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

TAMMIE CHATMAN,

               Plaintiff,

     v.

STELLAR RECOVERY, INC.,

               Defendant.

Case No. 16 C 833

Judge Harry D. Leinenweber

# ORDER

Before the Court is Plaintiff Tammie Chatman's Motion for Attorneys' Fees and Costs [ECF No. 21]. For the reasons stated herein, the Motion is granted in part. Attorneys' fees are awarded to Plaintiff in the amount of $6,478.42 and costs in the amount of $465.00.

# STATEMENT

Plaintiff Tammie Chatman ("Plaintiff") sued Defendant Stellar Recovery, Inc. ("Stellar"), an Illinois collection agency, for violations of the Fair Debt Collection Practices Act (the "FDCPA"), 15 U.S.C. § 1692, *et seq.*, and the Illinois Collection Agency Act, 225 ILCS 425/9(a)(33). As the assignee of debt Plaintiff owed on a Comcast account, Stellar allegedly issued a letter to Plaintiff requesting payment but claiming that certain payment methods would require a convenience and processing fee. Plaintiff sued on the theory that Stellar had no contractual or statutory right to this fee, and thus had used false and deceptive representations in an attempt to collect the debt. After filing an Amended Answer to Plaintiff's Complaint, Stellar tendered an offer of judgment in the amount of $1,001.00

plus reasonable attorneys' fees and costs to be determined by
the Court. Plaintiff accepted and now seeks attorneys' fees in
the amount of $12,015.60 and costs in the amount of $465.00.

Plaintiff's Motion for fees is supported by itemized
billing records plus evidence supporting the hourly rates
claimed - $352.00 for attorney Michael Wood and $315.00 for
another attorney named, as coincidence would have it, Celetha
Chatman. The Court first notes that both hourly rates fall well
above the 50th percentile for Midwest consumer law attorneys,
meaning that these fees are not necessarily consistent with what
those of "reasonably comparable skill, experience, and
reputation" charge. *People Who Care v. Rockford Bd. of Educ.,
School Dist. No. 205,* 90 F.3d 1307, 1310 (7th Cir. 1996)
(quoting *Blum v. Stenson,* 465 U.S. 886, 892, 895 n.11 (1984)).
Under *Hensley v. Eckerhart,* the Court is to base the fee
lodestar on, *inter alia,* the time and labor required, the
difficulty of the legal questions, the experience of the
attorneys, and awards in similar cases. *Hensley v. Eckerhart,*
461 U.S. 424, 430 n.3 (1983).

With respect to Mr. Wood, the Court is not willing to find
that an hourly rate of $352.00 is reasonable for all work
performed. In one of the cases submitted to support the
reasonableness of the claimed fees, *Holloway v. Portfolio
Recovery Asscs., LLC,* No. 15 C 11568, Dkt. 31 (N.D. Ill. Jun. 7,
2016), Judge Rebecca R. Pallmeyer reduced Mr. Wood's hourly rate
to $327.00 for all FDCPA work he performed on that case -
through February 18, 2016. Yet Plaintiff's counsel submitted a
bill charging $352.00 for work he performed in this comparable
case during that same time frame. Thus, counsel's own evidence
does not support awarding fees based on a $352.00 hourly rate
for work Mr. Wood performed prior to February 18, 2016. The

Court awards attorneys' fees for such work in the amount of $2,419.80 (7.4 hours @ $327.00). For the remainder of Mr. Wood's work, which was all performed after the time frame at issue in *Holloway,* the Court awards attorneys' fees at his requested rate of $352.00. That amounts to $1,724.80 (4.9 hours @ $352.00).

Similarly for Ms. Chatman, the evidence does not support a finding that her asserted $315.00 fee is reasonable for all work performed in this case. In *Holloway,* Ms. Chatman billed work she performed from October 15, 2015 through March 28, 2016 at an hourly rate of $295.00 (she was admitted to the Illinois bar on November 5, 2015). Judge Pallmeyer found that rate reasonable. It is a mystery how Plaintiff's counsel could in good faith bill $315.00 per hour for work Ms. Chatman performed in this comparable case during that same time. By contrast, Ms. Chatman charged an hourly rate of $315.00 in *Ackles v. Contract Callers, Inc.,* No. 16 C 2101 (N.D. Ill.), for work performed in April and May of 2016. In that case, Judge John W. Darrah awarded $4,632.60 in attorneys' fees. However, Ms. Chatman's affidavit indicates that Judge Darrah only approved her hourly rate of $295.00 in that case. (ECF No. 21 ("Pl.'s Mot."), Ex. C ¶ 10.) While this evidence supports the inference that Ms. Chatman's hourly rate for FDCPA work had indeed increased to $315.00 by April 2016, it still does not support finding that rate reasonable for work performed then.

Therefore, the Court finds no justification for awarding attorneys' fees based on Ms. Chatman's claimed hourly rate of $315.00 for work performed during and prior to May 2016. For such work, only a $295.00 hourly rate is reasonable, and so the Court awards $3,864.50 (13.1 hours @ $295.00) in attorneys' fees. For the remainder of Ms. Chatman's work, all performed

- 3 -

after the time frames at issue in *Holloway* and *Ackles,* the Court
awards attorneys' fees at the requested rate of $315.00. This
is in part because Stellar does not contest the asserted fee and
in part because a $20 hourly rate hike approximately six months
after a young attorney is admitted to the bar strikes the Court
as reasonable. This amounts to $3,559.50 (11.3 hours @
$315.00). Thus, the provisional lodestar in this case is
$11,568.60 ($2,419.80 + $1,724.80 + $3,864.50 + $3,559.50).

In response to an argument raised by Plaintiff's counsel,
the Court notes that the fact that both attorneys' asserted
billing rates were approved in another FDCPA case, *Serrano v.
Alliant Capital Mgmt., LLC et al.,* No. 16 C 8602, Dkt. 14 (N.D.
Ill. Oct. 27, 2016), does not change the outcome. Judge John Z.
Lee in that case did not issue a statement explaining the fee
award, which was imposed after a default judgment, and in any
event all the legal work there occurred *after* September 1, 2016.
Therefore, *Serrano* does not conflict with this Court's ruling
entitling Plaintiff's counsel to their asserted fees for work
performed after the periods at issue in *Holloway* and *Ackles*.

The final issue remaining is whether this newly calculated
lodestar of $11,568.60 in fees should be offset. First, Stellar
argues that many time entries were excessive in light of the
straightforward nature of the case and the similar form
pleadings Plaintiff's counsel uses across all their FDCPA cases.
Second, Stellar contends that some of the work performed by Mr.
Wood and Ms. Chatman was administrative or secretarial in
nature. There is precedent in this Court for an offset based on
such billing practices. *See, e.g.*, *Vaughn v. Account Recovery
Service, Inc.,* No. 14 C 8179, Dkt. 24 (N.D. Ill. Apr. 24, 2015).
In *Vaughn,* the plaintiff's counsel (Community Law Group and, in
particular, Mr. Wood) "billed for calendaring hearings, drafting

- 4 -

a civil cover sheet, sending materials for service, and preparing exhibits." *Id.* at 1. This Court reduced the proposed lodestar by 30 percent as a result. It appears that Plaintiff's counsel has hewed to the same practices in this case. Further, in *Vaughn,* this Court reduced the newly calculated lodestar by 20 percent because that case "did not present particularly complex issues and proceeded quickly to settlement." *Id.* at 2. The Court considers such an approach adequate to salve Stellar's overbilling concerns.

Consonant with *Vaughn,* the Court will reduce the newly calculated lodestar by 30 percent based on billing for administrative and secretarial tasks, and then reduce that amount by 20 percent to account for the (lack of) complexity of this case. This yields an award of attorneys' fees equal to *$6,478.42* ((\$11,568.60 x 0.7) x 0.8). Costs, which are unopposed, are set in the amount of *$465.00*.

Harry D. Leinenweber, Judge
United States District Court

Dated: March 10, 2017

# EXHIBIT D

Community Lawyers Group, Ltd.

Time and Expenses For: Chatman v. Stellar Recovery, Case No. 16-cv-00833

| Date | Person | Task/Activity Description | Time | Billing Rate | Total |
|------|--------|---------------------------|------|--------------|-------|
| 1/5/16 | MW | FDCPA intake. Client being dunned by Stellar on old Comcast account. Client reports not having a Comcast account, does not recognize account. | 0.90 | $352.00 | $316.80 |
| 1/5/16 | MW | Review and analzye client documents, collection letter from Stellar, pull credit reports. Note convenience fee if paid by credit card. | 0.40 | $352.00 | $140.80 |
| 1/5/16 | MW | Prepare timeline of collection, account open, possible sale of asset. | 0.30 | $352.00 | $105.60 |
| 1/7/16 | MW | Obtain comcast contract, review for possible convenience fee. Research Illinois Collection Agency Act for assessment of fees on collections. No fee listed in current Comcast terms and conditions. | 0.40 | $352.00 | $140.80 |
| 1/7/16 | MW | TC w/client, fee unauthorized, possible FDCPA violation. Explain FDCPA, statutory damages, attorneys fees and costs, risks of proceeding. Client agrees to pursue claim. | 0.30 | $352.00 | $105.60 |
| 1/7/16 | MW | Draft engagement letter and retainer for FDCPA case, mail to client. | 0.40 | $352.00 | $140.80 |
| 1/11/16 | MW | Client returns signed retainer. | 0.00 | $352.00 | $0.00 |
| 1/11/16 | MW | Review and note timing of settlement offer by Stellar, acceptance date is during validation period. | 0.20 | $352.00 | $70.40 |
| 1/11/16 | MW | Research Stellar with Illinois Sec. of State, obtain corporation file detail report, Stellar registered in Springfield. | 0.30 | $352.00 | $105.60 |
| 1/11/16 | MW | Contact Illinois Div. of Prof. Regulation, obtain collection agency license for Stellar. | 0.20 | $352.00 | $70.40 |
| 1/12/16 | MW | Prepare and draft FDCPA complaint, include original on convenience fee, add overshadowing claim. Add Illinois Collection Agency act claim for convenience fee. | 2.60 | $352.00 | $915.20 |
| 1/12/16 | MW | Prepare and redact Exhibits A-C. | 0.40 | $352.00 | $140.80 |
| 1/12/16 | MW | Prepare Appearance of Michael J. Wood | 0.10 | $352.00 | $35.20 |
| 1/12/16 | MW | Prepare Appearance of Celetha Chatman | 0.10 | $352.00 | $35.20 |
| 1/18/16 | CC | Review complaint and exhibits, compare to timeline. Revise standing section. Complaint ready for filing. | 0.60 | $315.00 | $189.00 |
| 1/20/16 | CC | File complaint and exhibits in Northern District of Illinois. | 0.20 | $315.00 | $63.00 |
| 1/20/16 | CC | Prepare and file coversheet with Northern District. | 0.10 | $315.00 | $31.50 |
| 1/20/16 | CC | Prepare summons for Stellar and submit to clerk of court for seal. | 0.20 | $315.00 | $63.00 |
| 1/20/16 | CC | Send summons, filed complaint and exhibits to Illinois Process Server, LLC, for service on Stellar. | 0.20 | $315.00 | $63.00 |
| 1/22/16 | CC | Review and file affidavit of service for Stellar, answer due 2/12. Calender answer. | 0.20 | $315.00 | $63.00 |
| 1/22/16 | MW | Review Judge Leinenweber standing order. | 0.20 | $352.00 | $70.40 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/25/16 | CC | Review and note email from Clerk regarding exhibits filing, check and update exhibits. | 0.20 | $315.00 | $63.00 |
| 2/11/16 | MW | Review and note Defendant's Answer to complaint. Note Bona Fide error defense does not comply with Rule 8 or Rule 9. | 0.60 | $352.00 | $211.20 |
| 2/23/16 | CC | Draft motion to strike Defendant's bona fide error defense as deficient under Rule and Rule 9. | 1.10 | $315.00 | $346.50 |
| 2/24/16 | MW | Review motion to strike, add a.d.'s 1, 3, 4 and 7, *Kort, Surface Shields,* and *State Farm* (J. Shadur). | 0.50 | $352.00 | $176.00 |
| 2/25/16 | CC | Review and revise final motion, file. | 0.30 | $315.00 | $94.50 |
| 2/25/16 | CC | Notice motion for 3/10, courtesty copies. | 0.20 | $315.00 | $63.00 |
| 2/25/16 | CC | Read, review and note opposing counsel's email regarding entered motion to strike, willing to remove affirmative defenses, amend bona fide error defense. | 0.20 | $315.00 | $63.00 |
| 1/25/16 | CC | Contact courtroom deputy, parties must still appear on motion. | 0.20 | $315.00 | $63.00 |
| 3/3/16 | CC | Review and note Judge Leinenweber's order resetting motion, recalendar for 3/15. | 0.10 | $315.00 | $31.50 |
| 3/14/16 | CC | Prepare for motion hearing on Plaintiff's Motion to Strike. | 0.50 | $315.00 | $157.50 |
| 3/15/16 | CC | Motion hearing, motion granted on a.d.'s 1, 4, 5, and 7. | 1.00 | $315.00 | $315.00 |
| 4/14/16 | CC | Attend status hearing. | 1.00 | $315.00 | $315.00 |
| 4/21/16 | CC | Read, review and note Defendant's amended answer, bona fide error defense removed. | 0.50 | $315.00 | $157.50 |
| 4/28/16 | CC | Attend status hearing. | 1.00 | $315.00 | $315.00 |
| 5/3/16 | MW | Prepare memorandum re settlement strategy, review and analyze additional notes. | 0.40 | $352.00 | $140.80 |
| 5/4/16 | CC | TC w/client regarding settlement. | 0.20 | $315.00 | $63.00 |
| 5/10/16 | CC | Draft Plaintiff's Rule 26(a)(1) Disclosures | 0.40 | $315.00 | $126.00 |
| 5/10/16 | CC | Draft Plaintiff's Request for Admissions | 0.90 | $315.00 | $283.50 |
| 5/10/16 | CC | Draft Plaintiff's Interrogatories | 1.40 | $315.00 | $441.00 |
| 5/10/16 | CC | Draft Plaintiff's Request For Production | 1.10 | $315.00 | $346.50 |
| 5/12/16 | CC | Review and Finalize RTA's, ROG's, and RPD's, send to A. Emery via US Mail and email. | 0.30 | $315.00 | $94.50 |
| 5/12/16 | CC | Attend status hearing. | 1.00 | $315.00 | $315.00 |
| 6/17/16 | CC | Email to Alison Emery regarding Defendan'ts Discovery Responses | 0.20 | $315.00 | $63.00 |
| 6/29/16 | MW | Read, review and note Defendant's responses to Plaintiffs Interrogatories | 0.60 | $352.00 | $211.20 |
| 6/29/16 | MW | Read, review and note Defendant's responses to Plaintiffs Requests for Admission. | 0.60 | $352.00 | $211.20 |
| 6/30/16 | MW | Draft Rule 37 correspondence regarding objection to interrogatory 2 regarding collection correspondence, RTA #13 regarding authorization to charge fees. | 0.70 | $352.00 | $246.40 |
| 7/1/16 | CC | Review and note Defendant's Rule 68 0ffer of Judgment, calendar response deadline. Judgment offered on FDCPA claim, not offered on ICAA claim. Covers attys fees. | 0.20 | $315.00 | $63.00 |

| Date | Atty | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 7/1/16 | MW | Research Rule 68 offers that offer partial judgment. Plaintiff still entitled to full fees for "successful action" vs. previaling party, even if no judgment on ICAA count. Ash v. Malacko, 2014 WL 4384475, at *2 (D. Minn. Sept. 4, 2014), citing Fletcher v. City of Fort Wayne,162 F.3d 975, 976–77 (7th Cir. 1998). | 0.50 | $352.00 | $176.00 |
| 7/1/16 | CC | TC w/client regarding offer of judgment, amount, risks of declining, FDCPA, possible recovery under ICAA. Client decides to accept and let ICAA claim go. | 0.40 | $315.00 | $126.00 |
| 7/5/16 | CC | Draft and file notice of acceptance of Rule 68 Offer of Judgment. | 0.30 | $315.00 | $94.50 |
| 7/5/16 | CC | Email from Alison Emery regarding demand for attorney fees and cost | 0.10 | $315.00 | $31.50 |
| 7/6/16 | CC | Email to Alison Emery providing a demand for attorney fees and cost | 0.20 | $315.00 | $63.00 |
| 7/11/16 | CC | Review Defendant's offer for attorney fees and costs | 0.20 | $315.00 | $63.00 |
| 7/12/16 | CC | Email to Alison Emery regarding Defendant's Offer for cost and attorney fees. | 0.10 | $315.00 | $31.50 |
| 7/20/16 | CC | Email from Alison Emery regarding demand for attorney fees and cost | 0.10 | $315.00 | $31.50 |
| 7/21/16 | CC | Email to Alison Emery regarding Plaintiff's demand | 0.10 | $315.00 | $31.50 |
| 8/10/16 | CC | Attend Status Hearing | 1.00 | $315.00 | $315.00 |
| 9/13/16 | CC | Review minute order from status hearing, continued to 10/4 | 0.20 | $315.00 | $63.00 |
| 9/23/16 | MW | Compile time and work records. | 0.60 | $352.00 | $211.20 |
| 10/4/16 | CC | Attend status hearing | 1.00 | $315.00 | $315.00 |
| 10/18/16 | CC | Attend status hearing | 1.00 | $315.00 | $315.00 |
| 11/7/16 | CC | Draft Fee Petition | 2.50 | $315.00 | $787.50 |
| 11/7/16 | CC | Confer with MW regarding Fee Petition and Exhibits | 0.20 | $315.00 | $63.00 |
| 11/8/16 | MW | Finalize Fee Petition & Compile Exhibts | 1.00 | $352.00 | $352.00 |
| 11/8/16 | CC | Review final petition | 0.20 | $315.00 | $63.00 |
| 11/8/16 | CC | File Fee Petition | 0.10 | $315.00 | $31.50 |

| | Hours | Rate | Total |
|---|---|---|---|
| Attorney Michael J. Wood | 12.30 | $352.00 | $4,329.60 |
| Attorney Celetha C. Chatman | 21.20 | $315.00 | $6,678.00 |
| **Total Fees** | **33.50** | | **$11,007.60** |

| Date | Description | | Total |
|---|---|---|---|
| 6/3/16 | Filing Fee | | $400.00 |
| 6/9/16 | Service of summons and complaint | | $65.00 |
| | **Total Costs** | | **$465.00** |
| | **Total Fees & Costs** | | **$11,472.60** |